IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

John Donald Kelso

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

US Medical Center
Dept of Public Social Services
Dept of Public Health
Social Security Administration

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. ____________________
*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. [X] Yes [ ] No

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: John Donald Kelso

Inmates in protective custody as a class

All other names by which you have been known:

Coach Infinity, Catfish

ID Number: 50304-148

Current Institution: US Medical Center

Address: 1900 W. Sunshine

Springfield, MO 65807

### B. The Defendant(s)

- Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.
- Make sure that the defendant(s) listed below are identical to those contained in the above caption.
- For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.
- Attach additional pages if needed.

Defendant No. 1

Name: US Medical Center

Job or Title (if known):

Shield Number:

Employer:

Address: 1900 W. Sunshine

Springfield, MO 65807

☐ Individual capacity ☑ Official capacity

Defendant No. 2

Name Mark King, Warden

Job or Title (if known) Warden

Shield Number

Employer BOP

Address 1200 W. Sunshine
Springfield, MO 65807

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

✓ ☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.

What federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My right to use the same law library that all the other inmates use. Class descrimination against PC inmates. My right to eat the same food in same mess hall as inmates not in protective custody. My right to use the same canteen form as inmates in general population (GP) My right to use tobacco products. My right to use the recreation room as the regular inmates. My right to use the band room like GP. My right to use the same ~~gym as~~ gym as GP inmates

All PC inmates are deprived of these rights as a class.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [x] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* ______________________________

## IV. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?
- What injuries did you suffer?
- Who was involved in what happened to you?
- How were the defendants involved in what happened to you?
- Where did the events you have described take place?
- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

At Springfield medical center, when you sign on for protective custody like I did, I was deprived of my right to use the rec center, school, law library, band room, mess hall, the same canteen list as the general population, + my right to go to the big yard.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As a result of my not being able to go to the law library, I was unable to get a habeus corpus form for over 7 years. I could not obtain a 1983 form for over 7 years. I was unable to get a pauper's affadavit for over 7 years. I was unable to make phone calls for 7 years because you cannot make collect calls or use directory assistance from here. My health has deteriorated because I can't use the gym. My career as a musician was hurt because I could not use the band room. I could not read newspapers at the library so I'm not up on current events.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Because of my being held in almost total incommunicado status for over 7 years, the real monetary + career loss is incalculable at this time. I would like $3 trillion for real + punitive damages. I want the Court to authorize use of the gym, law library, band room, reading library, research library, main yard + the general population chow hall *

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.



* after 1030pm until 5am so we can use the GP facilities when they are not there. We need to get the same con[illegible]

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

US Medical Center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [ ] No
- [ ] Do not know

If yes, which claim(s)?

I have never been able to get a grievance form

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

- [ ] Yes
- [x] No they would not give me a form

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

- [ ] Yes
- [x] No

E. If you did file a grievance:

1. Where did you file the grievance?

______________________________________________
______________________________________________
______________________________________________
______________________________________________

2. What did you claim in your grievance? *(Attach a copy of your grievance, if available)*

______________________________________________
______________________________________________
______________________________________________
______________________________________________

3. What was the result, if any? *(Attach a copy of any written response to your grievance, if available)*

______________________________________________
______________________________________________
______________________________________________
______________________________________________

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

______________________________________________
______________________________________________
______________________________________________
______________________________________________

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

From 2000-2026 I've asked for a grievance form over 1000 times and I was never given one.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I have contacted the Warden + Deputy Warden verbally, and by request to staff + unit manager, case manager + correctional counselor

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

- [ ] Yes
- [ ] No

I'm not sure. I won $3 trillion in Oklahoma for cruel + unusual punishment. I'm scared to death here.

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Oklahoma

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) ______

Defendant(s) ______

2. Court *(if federal court, name the district; if state court, name the county and State)*

______

3. Docket or index number

______

4. Name of Judge assigned to your case

______

5. Approximate date of filing lawsuit

______

6. Is the case still pending?

☐ Yes
☐ No

If no, give the approximate date of disposition. ______

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

____________________________________________

____________________________________________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) ____________________________________

Defendant(s) ____________________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

____________________________________________

3. Docket or index number

____________________________________________

4. Name of Judge assigned to your case

____________________________________________

5. Approximate date of filing lawsuit

____________________________________________

6. Is the case still pending?

☐ Yes
☐ No *(If no, give the approximate date of disposition)*:

_______________

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

______________________________________________

______________________________________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/1, 2026

Signature of Plaintiff: John D. Kelso

Printed Name of Plaintiff: John Donald Kelso

Prison Identification #: 50310-048

Prison Address: 1900 W. Sunshine

City State Zip Code: Springfield MO 65807

I made a mistake my prison # listed earlier is 50310-048

John D. Kelso
50210-048
P.O. Box 4000

Spring Field
medical Center
For Federal prisoners
Spring Field
Missouri
65801
4000

SEP 14 2026

KANSAS CITY MO

The Spring Field
U.S. Federal Courthouse
~~General~~
General Delivery
Spring Field, Missouri
222 N John Q Hammons Pkwy
Springfield MO 65806